AO91 (Rev. 12/03)   Criminal Complaint                                                                  AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**  
vs.

**CRIMINAL COMPLAINT**

Case Number: 7:18-po-03747

Armando GUTIERREZ-Cortes  
IAE  
Mexico 1990

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 14, 2018** in **Starr** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Armando GUTIERREZ-Cortes was encountered by Border Patrol Agents near Roma, Texas on May 14, 2018. When questioned as to his citizenship, defendant stated that he was a citizen and national of Mexico, who had entered the United States illegally on May 14, 2018 by rafting across the Rio Grande River near the Roma, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Martinez, Adelaido   Border Patrol Agent  
Signature of Complainant

Martinez, Adelaido   Border Patrol Agent  
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 16, 2018                                          at    McAllen, Texas  
Date                                                            City/State

Peter E Ormsby         U.S. Magistrate Judge  
Name of Judge          Title of Judge                        Signature of Judge